```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 44148
   ANNIE D HALL
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5528


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/01/2004 and was confirmed 02/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was converted to chapter 7 after confirmation 05/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED             .00          .00            .00
COMMONWEALTH EDISON        UNSECURED          560.38          .00          94.41
AMERICREDIT FINANCIAL SV   SECURED           16375.00      1367.75      16375.00
AMERICREDIT FINANCIAL SV   UNSECURED         4879.44          .00         821.98
ARONSON FURNITURE          SECURED             500.00         .00         500.00
ARONSON FURNITURE          UNSECURED           142.80         .00          17.47
HOMEQ SERVICING            SECURED               .00          .00            .00
LONG BEACH MORTGAGE CO     CURRENT MORTG         .00          .00            .00
LONG BEACH MORTGAGE CO     MORTGAGE ARRE    1188.83          .00        1188.83
ROBERT J ADAMS & ASSOC     PRIORITY         NOT FILED        .00            .00
AT & T WIRELESS            UNSECURED        NOT FILED        .00            .00
CITY OF CHICAGO PARKING    UNSECURED           590.00         .00          99.39
COMED                      NOTICE ONLY     NOT FILED         .00            .00
COMMONWEALTH EDISON        NOTICE ONLY     NOT FILED         .00            .00
AMERICREDIT FINANCIAL SV   NOTICE ONLY     NOT FILED         .00            .00
HOMEQ SERVICING            UNSECURED        7670.88          .00        1292.22
ROBERT J ADAMS & ASSOC     REIMBURSEMENT    194.00           .00         194.00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY     2,200.00                    2,200.00
TOM VAUGHN                 TRUSTEE                                     1,432.80
DEBTOR REFUND              REFUND                                        238.15

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                 RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE         25,822.00

PRIORITY                                       194.00
SECURED                                     18,063.83
    INTEREST                                 1,367.75
UNSECURED                                    2,325.47
ADMINISTRATIVE                               2,200.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 44148 ANNIE D HALL
```

```
TRUSTEE COMPENSATION                                              1,432.80
DEBTOR REFUND                                                       238.15
                                       ---------------      ---------------
TOTALS                                       25,822.00            25,822.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
Dated: 08/20/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```